HUNT v. TENDER LOVING CARE HOME CARE AGENCY, INC.

No. 548P02

Case below: 153 N.C. App. 266

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.

IN RE AMERICA

No. 201P02

Case below: 149 N.C. App. 488

Petition by respondent, Gloria America, for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002. Petition by respondent, Roger America, Sr. for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.

IN RE APPEAL OF MAHARISHI SPIRITUAL CTR. OF AM.

No. 506A02

Case below: 152 N.C. App. 269

Petition by appellant (Watauga County) for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.

IN RE KENNEDY

No. 477P02

Case below: 151 N.C. App. 748

Petition by respondents (Jerry Draughon and Irma Jo Draughon) for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.